THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING 
EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Cedric Fitzgerald Lowden, Appellant.
 
 
 

Appeal From Greenville County
 Henry F. Floyd, Circuit Court Judge

Opinion No.    2004- UP-481
Submitted September 14, 2004  Filed 
 September 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster,  Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia, and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Cedric Lowden (Appellant) was 
 convicted of burglary in the second degree.  He was sentenced to imprisonment 
 for a period of fifteen years.
On appeal, counsel for Appellant has filed 
 a final brief along with a petition to be relieved as counsel.  Appellant filed 
 a pro se response.  After a thorough review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOSLBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.